IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DETRINE HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12cv-550-WHA |
| ) | |
| FEDERAL PRISON CAMP MONTGOMERY, ) | (WO) |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #53), entered on February 10, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motion to Dismiss is GRANTED to the extent the Defendants seek dismissal of this case due to Plaintiff's failure to exhaust the administrative remedies available to him through the Bureau of Prisons before filing this federal civil action.

2. This case is DISMISSED with prejudice under the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust the administrative remedies previously available to him through the Bureau of Prisons.

DONE this 3rd day of March, 2015.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE